# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BELLAGIO, LLC, *et al.,* | |
| Plaintiffs, | Case No. 2:11-cv-01975-PMP-PAL |
| vs. | **ORDER** |
| BELLAGIO SHOES, INC., *et al.,* | |
| Defendants. | |

This matter is before the court on Defendants' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed December 8, 2011. Defendants responded by filing a Motion to Dismiss (Dkt. #10) January 17, 2012. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendants have failed to comply. Accordingly,

**IT IS ORDERED** Defendants shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., February 23, 2012.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 9th day of February, 2012.

_____
Peggy A. Leen
United States Magistrate Judge