Michael J. McCue
Nevada Bar No. 6055
mmccue@lrrc.com
Jonathan W. Fountain
Nevada Bar No. 10351
jfountain@lrrc.com
LEWIS ROCA
ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8351

Attorneys for Plaintiffs
BELLAGIO, LLC and
MIRAGE RESORTS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| BELLAGIO, LLC, a Nevada limited liability company, and MIRAGE RESORTS, INCORPORATED, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BELLAGIO SHOES, INC., a California corporation, REBECCA RONEN, an individual, and BERTINI SHOES, INC., a California corporation,<br><br>Defendants. | Case No. 2:11-cv-01975-RFB-PAL<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY FOR 60 DAYS PENDING SETTLEMENT DISCUSSIONS** |
|---|---|

Plaintiffs Bellagio, LLC and Mirage Resorts, Incorporated ("MRI"), together referred to herein as "Plaintiffs" or "Bellagio," and Defendants Bellagio Shoes, Inc., Rebecca Ronen, and Bertini Shoes, Inc. (together, "Defendants") state the following:

1. Discovery in this action is scheduled to end on May 18, 2016. (*See* ECF No. 52 at p. 3, ll. 21-24.)

2. The parties, by and through their respective counsel, have been engaged in good faith settlement negotiations.

3. The parties believe that they are close to reaching agreement on the principal terms

7512086_1

of a settlement.

4. To facilitate settlement while still preserving their ability to litigate this matter should the case not settle, the parties agree to stay discovery for a period of sixty (60) days from the date this stipulation is filed so that they may settle this action and draft and execute a written settlement agreement. Upon the expiration of the stay, if the case has not settled, the parties shall, within fourteen (14) days of the expiration of the stay, submit an amended discovery plan and scheduling order for the Court's approval.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | GEORGE B. HIBBELER, ESQ. |
| By: /s/ Jonathan W. Fountain<br>Michael J. McCue (NV Bar No. 6055)<br>Jonathan W. Fountain (NV Bar No. 10351)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169 | By: /s/ George B. Hibbeler III<br>George B. Hibbeler (NV Bar No. 7746)<br>871 Coronado Center Dr., Suite 200<br>Henderson, NV 89012 |
| Attorneys for Plaintiffs<br>BELLAGIO, LLC and<br>MIRAGE RESORTS, INC. | Attorneys for Defendants<br>BELLAGIO SHOES, INC.<br>BERTINI SHOES, INC. and<br>REBECCA RONEN |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 6, 2016

2

**CERTIFICATE OF SERVICE**

I, Jonathan W. Fountain, hereby certify that on March 31, 2016, I filed a copy of the foregoing paper entitled, **STIPULATION AND ORDER TO STAY DISCOVERY FOR 60 DAYS PENDING SETTLEMENT DISCUSSIONS**, with the Clerk of the Court via the Court's CM/ECF system, which will send electronic notice to the following CM/ECF participants:

George B. Hibbeler, III, Esq.
george@georgehibbeler.com
871 Coronado Center Dr., Suite 200
Henderson, NV 89012

I hereby further certify that there are no non-CM/ECF participants who have appeared in this action upon whom service of a paper copy is required.

Dated: this 31st day of March, 2016.

                                                /s/ Jonathan W. Fountain
                                              An employee of Lewis Roca
                                              Rothgerber Christie LLP